In the Matter of the Accounting of the UNION TRUST COMPANY OF ROCHESTER, as Executor of ROBERT J. STRASENBURGH, Deceased, Appellant.

STELLA G. STRASENBURGH et al., Respondents.

(Submitted October 22, 1930; decided November 18, 1930.)

*Arthur G. Dutcher* for appellant.

*J. Sawyer Fitch* for respondents.

Order affirmed, with costs against executor personally; no opinion.

Concur: CARDOZO, Ch. J.; POUND, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ. Not sitting: CRANE, J.